**FILED**

December 07, 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
          Jaemie Herndon
                    DEPUTY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) **CRIMINAL NO. SA-21-CR-052-FB** |
| | ) |
| CHANCE ANTHONY UPTMORE, | ) |
| | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the properties described below and the violation of Title 18 U.S.C. § 922(g)(3), by virtue of the court's jury verdict and the evidence presented at trial. The Court further finds that Defendant has an interest in the properties described below and does hereby GRANT said Motion. IT IS THEREFORE,

ORDERED that all right, title, and interest of Defendant CHANCE ANTHONY UPTMORE in the properties described below, to wit:

1. Taurus .38 Special revolver, serial number LF67128; and
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense,

hereinafter referred to as the Subject Personal Properties be, and hereby is, forfeited to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all other potential petitioners, in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United

States of America; and IT IS FURTHER,

ORDERED that the Federal Bureau of Investigation and/or the United States Marshals Service and/or their designated agent, shall seize, take custody, control, and possession of the aforementioned remaining forfeited Subject Personal Properties, and shall dispose of same in accordance with law; and IT IS FURTHER,

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 66) entered on July 6, 2022, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this __7th__ day of __December__, 2022.

FRED BIERY
United States District Judge

2